United States District Court

For The District of Wyoming

MELVIN L. MATHIS,

      Plaintiff,

vs.

HUFF & PUFF TRUCKING, INC., a Tennessee Corporation, and DONALD STEWART,

      Defendants.

Civil No. 12-CV-29-F

**JUDGMENT IN A CIVIL ACTION**

Following a Bench Trial in the above-captioned matter, the Court has ordered that the Plaintiff, Melvin Mathis, shall recover from the Defendant, Huff & Puff Trucking, for medical, out-of-pocket expenses, past emotional distress, past pain and suffering, past loss of enjoyment of life and income lost as set forth herein.

For the medical and out-of-pocket expenses incurred in 2008 through mid-2009, which are associated with the temporary muscular skeletal spains proximately caused by the 2008 collision, the Court awarded Plaintiff, Melvin L. Mathis, the amount of Thirty Thousand Dollars ($30,000.00). For the past emotion distress, past pain and suffering, and past loss of enjoyment of life from the temporary muscular skeletal injuries proximately caused by the 2008 collision, the Court awarded Plaintiff, Melvin L. Mathis, the amount of One Hundred Thousand Dollars ($100,000.00).  For the reduction in income from the temporary muscular skeletal injuries proximately caused by the 2008 collision, the Court awarded Plaintiff, Melvin L. Mathis, the amount of Fifteen Thousand Five Hundred Eighty-two Dollars ($15,582.00).

The total amount awarded to Plaintiff, Melvin L. Mathis, by the Court in the above-captioned

case was One Hundred Forty-five Dollars Five Hundred Eighty-two Dollars ($145,582.00).  This amount shall be paid with post-judgment interest at the rate of 0.18%, along with costs.

This action was tried with the Honorable Judge Nancy D. Freudenthal presiding and the Court did render said verdict.

Dated this 9th day of August, 2013.

*Clerk of Court or Deputy Clerk*